**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

GERARTH FERNANDEZ VELIZ,

Plaintiff,

v. Case No: 6:26-cv-1067-RBD-CAB

U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES; and DIRECTOR, USCIS TAMPA ASYLUM OFFICE,

Defendants.

---

**ORDER OF DISMISSAL**

This cause is before the Court upon the Notice of Voluntary Dismissal (Doc. 23), filed on October 7, 2026. No answer has been filed. Accordingly, it is **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 11, 2026.

ROY B. DALTON, JR.
United States District Judge